UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RUBEN ROY, ET AL. | CIVIL ACTION |
| VERSUS | |
| ARDENT COMPANIES, INC., ET AL. | NO.: 15-00196-BAJ-RLB |

## RULING AND ORDER

Before the Court is a **Motion to Remand (Doc. 9)**, filed by Plaintiffs Ruben Roy and Carol G. Roy, seeking an order from this Court remanding the above-captioned matter to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana for want of a basis for subject matter jurisdiction.[1] Defendant Enterprise Products Operating, LLC ("Enterprise") opposes the motion, arguing that removal was proper pursuant to the Outer Continental Shelf Lands Act ("OCSLA"), 42 U.S.C. § 1349, and federal question jurisdiction, 28 U.S.C. § 1331. (*See* Doc. 12 at p. 2).

The Magistrate Judge issued a Report and Recommendation, recommending that Plaintiffs' Motion to Remand be denied after finding that Enterprise, the removing defendant, satisfied its burden of establishing jurisdiction under OCSLA. (*See* Doc. 19). No party filed objections to the Magistrate Judge's Report.

---

[1] Notably, Plaintiffs' memorandum in support of its motion is just over one page long and states merely, in a conclusory fashion, that "[t]he law is clear that the law applicable in this case is the law of the adjoining state, in this case, Louisiana." (Doc. 9-1 at p. 1). Plaintiffs do not direct the Court to a specific provision of law or a particular case to support their argument.

1

Having carefully considered Plaintiffs' motion, Defendant Enterprise's memorandum in opposition, and the Magistrate Judge's Report, the Court **APPROVES** the Magistrate Judge's **Report and Recommendation (Doc. 19)**, and **ADOPTS** the Report as the Court's opinion herein.

For reasons explained in the Magistrate Judge's Report,

**IT IS ORDERED** that Plaintiffs Ruben Roy and Carol G. Roy's **Motion to Remand (Doc. 9)** is **DENIED**.

Baton Rouge, Louisiana, this 7th day of July, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**